United States Bankruptcy Court
District of Maryland

In re:
LISA MARIE STANLEY
Debtor

Case No. 26-19118-DER
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-1 User: admin Page 1 of 6
Date Rcvd: Aug 21, 2026 Form ID: 309A Total Noticed: 102

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LISA MARIE STANLEY, 33 1/2 Pembroke Road, Danbury, CT 06811-2954 |
| 33361242 | + | Alfredo Antezana, 11757 Lake Potomac Drive, Potomac, MD 20854-1224 |
| 33361248 | + | Analygence, Inc, 8115 Maple Lawn Blvd Suite 110, Fulton, MD 20759-2681 |
| 33361249 | + | Army Navy Country Club, 1700 Army Navy Drive, Arlington, VA 22202-1640 |
| 33361254 | + | Bizhan Beiramee, 7508 Wisconsin Ave 2nd Floor, Bethesda, MD 20814-3561 |
| 33361255 | + | Bridget Ann Nolen, 18 W Church St., Frederick, MD 21701-5455 |
| 33361256 | + | Bryan Kendall Short, 800 Connecticut Ave NW, #300, Washington, DC 20006-2763 |
| 33361268 | + | Charles Edward Remus II, 18 West Church Street 2nd Floor, Frederick, MD 21701-5455 |
| 33361299 | | Comptroller of Maryland, 10 Carroll Drive, Annapolis, MD 21403-3806 |
| 33361303 | + | Donna Parks-Wilmer, 8373 Piney Orchard Pkwy, #102, Odenton, MD 21113-1580 |
| 33361311 | + | Geraldine Barrientos, 6516 Marywood Road, Bethesda, MD 20817-2202 |
| 33361312 | + | Howard Stevens, 2700 Lighthouse Point East Suite 500, Baltimore, MD 21224-4795 |
| 33361319 | + | Kristen Elizabeth Draper, 12505 Park Potomac Ave, 6th Floor, Potomac, MD 20854-6803 |
| 33361333 | + | OnPath Federal CU, Attn: Bankruptcy Dept., 3076 Lancaster Drive Ne, Salem, OR 97305-1396 |
| 33361336 | + | Rebecca Antezana, 11757 Lake Potomac Drive, Potomac, MD 20854-1224 |
| 33361305 | + | ez pass, 6601 ritchie highway, Glen Burnie, MD 21062-1000 |
| 33361306 | + | ez pass, p.o. box 5100, Baltimore, MD 21224-0100 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Richard@RichardHackerman.com | Aug 21 2026 19:36:00 | Richard J Hackerman, Richard J. Hackerman, P.A., 3635 Old Court Road, Ste #208, Baltimore, MD 21208 |
| tr | + | EDI: BMHBAER.COM | Aug 21 2026 23:31:00 | Marc H. Baer, Waldman, Grossfeld, Appel & Baer P. A., 458 Main St., Reisterstown, MD 21136-1940 |
| 33361239 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 21 2026 19:42:21 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 33361243 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2026 19:42:20 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 33361244 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 19:42:20 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 33361253 | ^ | MEBN | Aug 21 2026 19:34:59 | BGE, p.o. bOX 13070, Philadelphia, PA 19101-3070 |
| 33361250 | + | EDI: TSYS2 | Aug 21 2026 23:31:00 | Barclays, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 33361251 | + | EDI: TSYS2 | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 23:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 33361257 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 21 2026 19:36:19 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 33361270 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2026 19:36:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 33361300 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 21 2026 19:36:00 | COMPTROLLER OF THE TREASURY, 301 WEST PRESTON STREET, ROOM 409, Baltimore, MD 21201 |
| 33361258 | + | EDI: CAPITALONE.COM | Aug 21 2026 23:31:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 33361263 | + | EDI: CAPITALONE.COM | Aug 21 2026 23:31:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 33361264 | + | EDI: CAPITALONE.COM | Aug 21 2026 23:31:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 33361265 | + | EDI: CITICORP | Aug 21 2026 23:31:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 33361266 | ^ | MEBN | Aug 21 2026 19:35:42 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 33361269 | + | EDI: CITICORP | Aug 21 2026 23:31:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 33361271 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 33361272 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Catherines, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 33361273 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361275 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361276 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361277 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361278 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361279 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361283 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361284 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361285 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361286 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/William & Sonoma, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361287 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bank/Z Gallerie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361288 | + | EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box |

| | | | |
|---|---|---|---|
| | | | 182125, Columbus, OH 43218-2125 |
| 33361289 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361290 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361291 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity Capital/JJIlls, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361292 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361293 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361294 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitybank/Onetop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361295 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitybank/West Elm, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 33361296 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitycapital/balrd, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 33361297 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitycapital/build, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 33361298 | + EDI: WFNNB.COM | Aug 21 2026 23:31:00 | Comenitycapital/sakscc, Po Box 182120, Columbus, OH 43218-2120 |
| 33361304 | EDI: CITICORP | Aug 21 2026 23:31:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 33361325 | EDI: CITICORP | Aug 21 2026 23:31:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 33361301 | + EDI: CITICORP | Aug 21 2026 23:31:00 | Dillards/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 33361302 | + EDI: DISCOVER | Aug 21 2026 23:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 33361307 | ^ MEBN | Aug 21 2026 19:35:05 | First Digital Card, Attn: Bankruptcy, Po Box 85650, Sioux Falls, SD 57118-5650 |
| 33361308 | + Email/Text: bankruptcy@firstelectronic.com | Aug 21 2026 19:37:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 33361309 | + EDI: AMINFOFP.COM | Aug 21 2026 23:31:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 33361313 | EDI: IRS.COM | Aug 21 2026 23:31:00 | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURES, 31 HOPKINS PLAZA ROOM 1140, Baltimore, MD 21201 |
| 33361316 | + EDI: JEFFERSONCAP.COM | Aug 21 2026 23:31:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 33361318 | + EDI: CAPITALONE.COM | Aug 21 2026 23:31:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 33361320 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 19:42:21 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 33361324 | Email/Text: camanagement@mtb.com | Aug 21 2026 19:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 33361328 | Email/Text: mvabankruptcynotices@mdot.maryland.gov | Aug 21 2026 19:36:00 | Motor Vehicle Administration, 6601 Ritchie Highway, NE, Glen Burnie, MD 21062 |
| 33361326 | + Email/Text: Mercury@ebn.phinsolutions.com | Aug 21 2026 19:36:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |

| | | | | |
|---|---|---|---|---|
| 33361327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2026 19:42:19 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 33361329 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 21 2026 19:42:26 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 33361331 | + | EDI: TDBANKNORTH.COM | Aug 21 2026 23:31:00 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 33361332 | + | Email/Text: collections@nymeo.org | Aug 21 2026 19:37:00 | Nymeo Fcu, 5210 Chairmans Court, Frederick, MD 21703-2868 |
| 33361334 | | EDI: PRA.COM | Aug 21 2026 23:31:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 33361335 | + | Email/PDF: ProsperBKDetection@resurgent.com | Aug 21 2026 19:42:27 | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 33361337 | | Email/Text: max@maxwiner.com | Aug 21 2026 19:36:00 | Savage Mill, LLLP, 8600 Foundry Street, Savage, MD 20763 |
| 33361267 | | Email/Text: ccubankruptcy.notices@maryland.gov | Aug 21 2026 19:36:00 | CENTRAL COLLECTIONS UNIT, STATE OF MARYLAND, 300 WEST PRESTON STREET, FIFTH FLOOR, Baltimore, MD 21201 |
| 33361339 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361341 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361342 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/Walgreens, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 33361338 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/athleta Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361340 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/jcrew, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 33361343 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/walmart, Po Box 71746, Philadelphia, PA 19176-1746 |
| 33361344 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Syncb/zulily, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361345 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 33361346 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361347 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/At Home CC, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 33361348 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 33361349 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361350 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361351 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 33361352 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 33361353 | + | EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony/American Eagle, Sttn: Bankruptcy, Po |

| | | | |
|---|---|---|---|
| | | | Box 965065, Orlando, FL 32896-5065 |
| 33361354 | + EDI: SYNC | Aug 21 2026 23:31:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 33361355 | + EDI: WTRRNBANK.COM | Aug 21 2026 23:31:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 33361356 | + Email/Text: bankruptcy@bbandt.com | Aug 21 2026 19:36:00 | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 33361357 | + Email/Text: bankruptcy@bbandt.com | Aug 21 2026 19:36:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 33361358 | + Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Aug 21 2026 19:36:00 | US ATTORNEY, 2100 JAMIESON AVE, Alexandria, VA 22314-5794 |
| 33361359 | + EDI: USBANKARS.COM | Aug 21 2026 23:31:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33361252 | | Best Egg/cross River B |
| 33361240 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 33361241 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 33361245 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 33361246 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 33361247 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 33361259 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 33361260 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 33361261 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 33361262 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 33361274 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361280 | *+ | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361281 | *+ | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361282 | *+ | Comenity Bank/Talbots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 33361310 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 33361314 | * | Internal Revenue Service, P.O. Box 16226, Philadelphia, PA 19114-0226 |
| 33361317 | *+ | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 33361321 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 33361322 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 33361323 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 33361315 | ##+ | Jeannine Cagliuso, 15613 Linden Grove Lane, Woodbine, MD 21797-7923 |
| 33361330 | ##+ | Nicholas Cagliuso, 15613 Linden Grove Lane, Woodbine, MD 21797-7923 |

TOTAL: 1 Undeliverable, 19 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marc H. Baer | mbaer@waldmangrossfeld.com md09@ecfcbis.com |
| Richard J Hackerman | Richard@RichardHackerman.com 6923530420@filings.docketbird.com,Hackerman.RichardR106256@notify.bestcase.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | LISA MARIE STANLEY<br>First Name Middle Name Last Name | Social Security number or ITIN **xxx–xx–2967**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Maryland** | Date case filed for chapter **7** **8/20/26** |
| Case number: | **26–19118 DER** **Chapter: 7** | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | LISA MARIE STANLEY | |
| 2. | **All other names used in the last 8 years** | aka LISA MARIE GORCZYNSKI | |
| 3. | **Address** | 33 1/2 Pembroke Road<br>Danbury, CT 06811 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard J Hackerman<br>Richard J. Hackerman, P.A.<br>3635 Old Court Road<br>Ste #208<br>Baltimore, MD 21208 | Contact phone 410–243–8800<br>Email:<br>Richard@RichardHackerman.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marc H. Baer<br>Waldman, Grossfeld, Appel & Baer P. A.<br>458 Main St.<br>Reisterstown, MD 21136 | Contact phone 443–712–2529<br>Email:<br>mbaer@waldmangrossfeld.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962–2688<br><br>Date: 8/21/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 29, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 514 843 4923, and Passcode 8398610575, OR call 1–667–408–9484**<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/30/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |